UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT -6  P 12: 00

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MCCT, Inc., <br>     Plaintiff <br><br> v. <br><br> B.F. Cassin Insurance Agency, Inc. <br> B. Bradley Cassin and Daniel Cassin, <br> Individually, B. Bradley Cassin and Daniel <br> Cassin, d/b/a Cassin Insurance & Financial <br> Services and OneBeacon Insurance <br> Group LLC <br>     Defendants | Docket No. |

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

NOW COMES the plaintiff, MCCT, Inc. (hereinafter "MCCT") and moves this court for an order permitting Edgar D. McKean, Esquire to appear and represent MCCT in this action. In support of this motion, MCCT states the following:

1. As set forth in the attached Affidavit, Mr. McKean (1) is a member in good standing of the bars of the State of New Hampshire, the United States District Court for the District of New Hampshire, the First Circuit Court of Appeals and the United States Supreme Court; (2) is not the subject of any disciplinary proceeding in any jurisdiction; and (3) is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2. The undersigned counsel is a member in good standing of this court and the bar of the Commonwealth of Massachusetts and will be co-counsel to Mr. McKean.

WHEREFORE, MCCT prays this Court:

A.  Allow Mr. McKean to appear herein as co-counsel with the undersigned attorney on behalf of MCCT; and

E.  Award such other and further relief as may be just.

Respectfully submitted,
MCCT, Inc.
By its attorney,

_____
Daniel A. Laufer, Esquire
B.B.O. 557633
21 Harbor View Avenue
Bristol, RI 02809
(401) 254-9659
