UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MCCT, Inc.,<br>    Plaintiff<br><br>v.<br><br>B.F. Cassin Insurance Agency, Inc.<br>B. Bradley Cassin and Daniel Cassin,<br>Individually, B. Bradley Cassin and Daniel<br>Cassin, d/b/a Cassin Insurance & Financial<br>Services and OneBeacon Insurance<br>Group LLC<br>    Defendants | Docket No. |

## AFFIDAVIT OF EDGAR D. MCKEAN, ESQUIRE

Edgar D. McKean, Esquire, being first duly sworn, upon oath, deposes and states as follows:

1. I am an attorney licensed to practice law in the State of New Hampshire. I am a member in good standing of the bars of the State of New Hampshire, the United States District Court for the District of New Hampshire, the First Circuit Court of Appeals and the United States Supreme Court.

2. There are no disciplinary proceedings pending against me in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of New Hampshire.

4. Daniel A. Laufer, Esquire, a member in good standing of the bars of Massachusetts and the United States District Court for the District of

Massachusetts is, and will be, co-counsel with me in the representation of the plaintiff MCCT, Inc. herein.

Further deponent sayeth not.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

Dated: 9/9/04

_____
Edgar D. McKean, Esquire

2