AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN District of MASSACHUSETTS

MCCT, INC.

V.

B.F. CASSIN INSURANCE AGENCY, INC.; B. BRADLEY CASSIN AND DANIEL CASSIN INDIVIDUALLY; B. BRADLEY CASSIN AND DANIEL CASSIN d/b/a CASSIN INSURANCE + FINANCIAL SERVICES; ONEBEACON INSURANCE GROUP, LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 CV 12115 PBS

TO: (Name and address of Defendant)

B. BRADLEY CASSIN, INDIVIDUALLY
17 CASTLE HILL DRIVE
WESTFIELD, MA 01805

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DANIEL A. LAUFER, ESQ.
21 HARBOR VIEW AVE.
BRISTOL, R.I. 02809
(401) 254-9659

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE OCT 6 2004

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| DATE |



Hampden County Sheriff's • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

Hampden, ss.

November 4, 2004

I hereby certify and return that on 11/3/2004 at 12:10 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT W/CIVIL ACT. COVER SHEET in this action in the following manner: To wit, by delivering in hand to B. BRADLEY CASSIN at 104 ELM Street, WESTFIELD, MA 01085 <>.Basic Service Fee ($30.00), Attestation X 1 ($5.00), Mailing1 ($1.00) Total Charges $36.00

Deputy Sheriff DAVID K. TENNEY                                      _____
                                                                     Deputy Sheriff

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____            _____
                 Date                       Signature of Server

                                         _____
                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.