AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN   District of  MASSACHUSETTS

MCCT, INC.

V.

B.F. CASSIN INSURANCE AGENCY, INC.;
B. BRADLEY CASSIN AND DANIEL CASSIN
INDIVIDUALLY; B. BRADLEY CASSIN AND
DANIEL CASSIN d/b/a CASSIN INSURANCE
+ FINANCIAL SERVICES; ONEBEACON
INSURANCE GROUP LLC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04cv12115 PBS

TO: (Name and address of Defendant)

CASSIN INSURANCE + FINANCIAL SERVICES
C/O B. BRADLEY CASSIN
17 CASTLE HILL DRIVE
WESTFIELD, MA 01805

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DANIEL A. LAUFER, ESQ.
21 HARBOR VIEW AVE.
BRISTOL, RI 02809
(401) 254-9659

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK _____   DATE _____

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

November 4, 2004

I hereby certify and return that on 11/3/2004 at 12:10 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT W/CIVIL ACT. COVER SHEET in this action in the following manner: To wit, by delivering in hand to B. CASSIN, , agent, person in charge at the time of service for CASSIN INSURANCE + FINANCIAL SERVICES, C/O B. BRADLEY CASSIN CLERK, 104 ELM Street, WESTFIELD, MA 01085. Basic Service Fee ($30.00), Attestation X 1 ($5.00), Mailing1 ($1.00) Total Charges $36.00

Deputy Sheriff  DAVID K. TENNEY

_____
Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                     Date                     *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.