AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __MASSACHUSETTS__

MCCT, INC.

V.

B.F. CASSIN INSURANCE
AGENCY, INC.; B. BRADLEY CASSIN
AND DANIEL CASSIN, INDIVIDUALLY;
B. BRADLEY CASSIN AND DANIEL CASSIN
d/b/a CASSIN INSURANCE + FINACIAL SERVICES;
ONEBEACON INSURANCE GROUP, LLC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 CV 12115 PBS

TO: (Name and address of Defendant)

ONEBEACON INSURANCE GROUP, LLC
C/O DENNIS R. SMITH
ONE BEACON STREET
BOSTON MA  02108

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DANIEL A. LAUFER, ESQ.
21 HARBOR VIEW AVE.
BRISTOL, RI 02809
(401) 254-9659

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(signature)

OCT 0 6 2004
DATE

(By) DEPUTY CLERK



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

December 2, 2004
I hereby certify and return that on 11/22/2004 at 8:45AM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to M.Ames, agent in charge at time of service, for OneBeacon Insurance Group, LLC, at , c/o Dennis R. Smith, One Beacon Street Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

                                                              _____
                                                                   *Deputy Sheriff*

Deputy Sheriff    George Slyva