AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN _____ District of MASSACHUSETTS

MCCT, INC.

V.

B.F CASSIN INSURANCE
AGENCY, INC, B. BRADLEY CASSIN
AND DANIEL CASSIN, INDIVIDUALLY,
B. BRADLEY CASSIN AND DANIEL CASSIN
D/B/A CASSIN FINANCIAL + INSURANCE SERVICES
AND O.K.BENTON INSURANCE GROUP LLC

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04CV12115 PBS

TO: (Name and address of Defendant)

DANIEL CASSIN
135 SHUTTLEMEADOW ROAD
PLAINVILLE CT 06062

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DANIEL A. LAUFER, ESQ
81 HARBORVIEW AVE
BRISTOL, RI 02809

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12-7-04 |
| NAME OF SERVER (PRINT) Maryann Douglas | TITLE State Marshal |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 130 Shuttle Meadow Rd Plainville CT 06062

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL 4.00 + 10.00 | SERVICES 30.00 + 2.00 end | TOTAL $0.00 46.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/1/04
                  Date

Signature of Server: Maryann Douglas

Address of Server: PO Box 491 Plainville Ct

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.