UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MCCT, Inc.,<br>      Plaintiff<br><br>v.<br><br>B.F. Cassin Insurance Agency, Inc.<br>B. Bradley Cassin and Daniel Cassin,<br>Individually, B. Bradley Cassin and Daniel<br>Cassin, d/b/a Cassin Insurance & Financial<br>Services and OneBeacon Insurance<br>Group LLC<br>      Defendants | Docket No. 04-12115-PBS |

## LOCAL RULE 7 CERTIFICATION

The undersigned Daniel A. Laufer, Esquire, counsel for MCCT, Inc. ("MCCT"), submits the following pursuant to Local Rule 7 of the United States District Court for the District of Massachusetts.

1. I filed the Motion for Entry of Default Judgment Against Daniel Cassin Individually and for a Hearing to Assess Damages by mail on January 7, 2005.

2. I have no telephone number for Daniel Cassin or other way of contacting him except by mail.

3. I know that he lives at 138 Shuttlemeadow Road, Plainville, Connecticut 06062 because the sheriff's office served him there.

4. Since I could not contact him any other way, I have served him with a copy of the motion, my affidavit and this certification by regular mail and by certified

mail, return receipt requested. I will file with the court the green return receipt card upon my receiving it from the Post Office.

5. In view of the nature of the motion, I do not expect Daniel Cassin to consent to it nor will my client release its claim to a default judgment. Therefore, I would expect Mr. Cassin to contest the motion.

Respectfully submitted,
MCCT, Inc.
By its attorney,

*/s/ Daniel A. Laufer*
Daniel A. Laufer, Esquire
B.B.O. 557633
21 Harbor View Avenue
Bristol, RI 02809
(401) 254-9659

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a of the foregoing Motion for Entry of Default Judgment Against Daniel Cassin Individually and for a Hearing to Assess Damages to Edwin F. Landers, Jr., Esquire, 250 Summer Street, Boston, MA 02110, J. Kenneth Griffin, Esquire, 477 Main Street, Stoneham, MA 02180 and Daniel Cassin, 138 Shuttlemeadow Road, Plainville, CT 06062 on the 7th day of January 2005 by first class U.S. Mail postage prepaid.

*/s/ Daniel A. Laufer*
Daniel A. Laufer

2