UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MCCT, Inc.,<br>    Plaintiff,<br><br>v.<br><br>B.F. CASSIN INSURANCE AGENCY, INC., B. BRADLEY CASSIN and DANIEL CASSIN, Individually, B. BRADLEY CASSIN and DANIEL CASSIN, d/b/a CASSIN INSURANCE & FINANCIAL SERVICES and ONEBEACON INSURANCE GROUP LLC,<br>    Defendants. | CIVIL ACTION<br>NO. 04-cv-12115-PBS |

**ASSENTED TO JOINT PARTIAL OPPOSITION BY DEFENDANTS, ONEBEACON INSURANCE GROUP, LLC, B.F CASSIN INSURANCE AGENCY, INC., B. BRADLEY CASSIN, INDIVIDUALLY, AND B. BRADLEY CASSIN D/B/A CASSIN INSURANCE & FINANCIAL SERVICES TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DANIEL CASSIN INDIVIDUALLY AND FOR A HEARING TO ASSESS DAMAGES**

Plaintiff has moved for entry of default judgment against Daniel Cassin, individually, pursuant to Federal Rule of Civil Procedure 55(a) on the basis that Daniel Cassin has failed to plead within the time period allowed by the Rules. Defendants OneBeacon Insurance Group, LLC, B.F Cassin Insurance Agency, Inc., B. Bradley Cassin, Individually, and B. Bradley Cassin D/b/a Cassin Insurance & Financial Services do not object to or oppose entry of a default judgment against Daniel Cassin, individually, as to his liability pursuant to Federal Rule of Civil Procedure 55(a).

Plaintiff has also moved in the same Motion as it seeks the default for "a hearing to assess damages." Defendants OneBeacon Insurance Group, LLC, B.F Cassin

Insurance Agency, Inc., B. Bradley Cassin, Individually, and B. Bradley Cassin D/b/a Cassin Insurance & Financial Services object to and Oppose a damages hearing until the liability of each defendant has been resolved. Generally, "a damages hearing may not be held until the liability of each defendant has been resolved." *Dundee Cement Co. V. Howard Pipe & Concrete Prods., Inc.*, 722 F.2d 1319, 1324 (7th Cir. 1983). The reason for this rule is to avoid inconsistent damage awards on a single claim involving joint and several liability. *Id.*: see also *Rich v. Maidstone Financial, Inc.*, 2002 WL 31867724 at 1, n. 2 (S.D.N.Y. Dec.20, 2002).

Counsel have conferred concerning plaintiff's Motion and this partial Opposition and plaintiff's counsel assents to this partial Opposition.

Wherefore, no damages hearing should be held until the liability of each defendant has been resolved.

| | |
|---|---|
| B.F. CASSIN INSURANCE AGENCY, INC., B. BRADLEY CASSIN, INDIVIDUALLY, and CASSIN INSURANCE & FINANCIAL SERVICES, By their Attorneys, | OneBeacon by its attorneys, GRIFFIN & GOULKA |
| *Scott A Bell (JKG)* Edwin F. Landers, Jr., BBO#559360 Scott A. Bell, BBO#628944 MORRISON MAHONEY LLP 250 Summer Street Boston, MA 02110 (617) 439-7500 | *J. Keith* J. Kenneth Griffin 477 Main Street Stoneham, MA 02180 (781) 279-9858 BBO # 211560 |

Assented to by:

Plaintiff,
MCCT, Inc.,
By its Attorney,


*Daniel A. Laufer (JKG)*
Daniel A. Laufer, Esquire
21 Harbor View Avenue
Bristol, Rhode Island 02809
401-254-9659
BBO # 557633


## CERTIFICATE OF SERVICE

I, J. Kenneth Griffin, hereby certify that a true copy of this document was served upon the attorney of record for each party by first-class mail, postage prepaid, on January 20, 2005, as follows:

Daniel A. Laufer, Esquire
21 Harbor View Avenue
Bristol, Rhode Island 02809

Edgar D. McKean, Esquire
P.O. Box 7386
Gilford, New Hampshire 03247-7386

Edwin F. Landers, Jr., Esquire
Scott A. Bell, Esquire
MORRISON MAHONEY LLP
250 Summer Street
Boston, Massachusetts 02210

*J. Kenneth Griffin*

GRIFFIN & GOULKA
(781) 279-9858

K:\204073\JointPartialOpposition01.wpd