UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS



| | |
|---|---|
| MCCT, Inc.,<br>    Plaintiff,<br><br>v.<br><br>B.F. CASSIN INSURANCE AGENCY, INC., B. BRADLEY CASSIN and DANIEL CASSIN, Individually, B. BRADLEY CASSIN and DANIEL CASSIN, d/b/a CASSIN INSURANCE & FINANCIAL SERVICES and ONEBEACON INSURANCE GROUP LLC,<br>    Defendants. | CIVIL ACTION<br>NO. 04-cv-12115-PBS |

## CORPORATE DISCLOSURE STATEMENT OF ONEBEACON INSURANCE GROUP, LLC

Defendant, OneBeacon Insurance Group, LLC hereby submits its corporate disclosure statement pursuant to Local Rule 7.3.

OneBeacon Insurance Group, LLC (the "Company") is an indirect wholly owned subsidiary of White Mountains Insurance Group, Ltd., a publicly held company whose stock is traded in the New York Stock Exchange. There is no other publicly held entity in the Company's affiliated group.

OneBeacon
by its attorneys,
GRIFFIN & GOULKA

J. Kenneth Griffin
477 Main Street
Stoneham, MA 02180
(781) 279-9858
BBO # 211560

## CERTIFICATE OF SERVICE

I, J. Kenneth Griffin, hereby certify that a true copy of this document was served upon the attorney of record for each party by first-class mail, postage prepaid, on January 18, 2005, as follows:

Daniel A. Laufer, Esquire
21 Harbor View Avenue
Bristol, Rhode Island 02809

Edgar D. McKean, Esquire
P.O. Box 7386
Gilford, New Hampshire 03247-7386

Edwin F. Landers, Jr., Esquire
Scott A. Bell, Esquire
MORRISON MAHONEY LLP
250 Summer Street
Boston, Massachusetts 02210

/s/ J. Kenneth Griffin