UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 FEB -4 P 1:31
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| MCCT, Inc., <br>     Plaintiff <br><br> v. <br><br> B.F. Cassin Insurance Agency, Inc. <br> B. Bradley Cassin and Daniel Cassin, <br> Individually, B. Bradley Cassin and Daniel <br> Cassin, d/b/a Cassin Insurance & Financial <br> Services and OneBeacon Insurance <br> Group LLC <br>     Defendants | Civil Action <br> No. 04-cv-12115-PBS |

[Handwritten margin note: 2-9-05 Saris D.J. Allowed. Conf. Continued to April 7, 2005 at 2:00 PM. Malone, Deputy Clerk]

## ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE

NOW COMES the plaintiff, MCCT, Inc. (hereinafter "MCCT") and moves this court for an order continuing the scheduling conference presently set for February 9, 2005 for at least sixty (60) days. In support of this motion, MCCT states the following:

1. The complaint herein was filed on October 6, 2004.

2. Answers have been filed by OneBeacon Insurance Group, LLC, B.F. Cassin Insurance Agency, Inc. and B. Bradley Cassin. Defendant Daniel Cassin has not filed an Answer and has already been defaulted by order of this court dated January 24, 2005.

3. MCCT has learned that the named defendants B. Bradley Cassin and Daniel Cassin d/b/a Cassin Insurance and Financial Services and Cassin Insurance & Financial Services are not proper parties and should be removed as named defendants. In addition, MCCT has learned that the named defendant OneBeacon Insurance Group, LLC is not a proper party and the actual insurance company which wrote the relevant policies for

MCCT needs to be identified and added as a party. An additional agency responsible for obtaining the insurance, McLaughlin Insurance of Melrose, Massachusetts also needs to be added as a party.

4. Counsel for OneBeacon Insurance Group, LLC, B. F. Cassin Insurance Agency, Inc. and B. Bradley Cassin have cooperated completely with counsel for MCCT to identify the proper parties and to locate the documents necessary to complete the process.

5. During the next thirty (30) days, the parties hope to complete the identification of necessary parties and MCCT will serve the new parties promptly so that when the court holds the scheduling conference, all necessary parties will have been served, had an opportunity to answer the complaint and to fully participate in all pre-scheduling conference discussions with counsel pursuant to Local Rule 16.1 and Federal Rule 26 (f).

6. All counsel assent to this motion.

WHEREFORE, MCCT prays this Court:

A. Postpone the scheduling conference presently set for February 9, 2005.

B. Set a new date for the scheduling conference not less than sixty (60) days from the date hereof.

C. Grant such other relief as may be proper.

Respectfully submitted,
MCCT, Inc
By its attorney,

_Daniel A. Laufer_
Daniel A. Laufer, Esquire
B.B.O. 557633
21 Harbor View Avenue
Bristol, RI 02809
(401) 254-9659

B. F. Cassin Insurance Agency, Inc.
And B. Bradley Cassin
By their attorneys,

*Scott Bell (DaZ)*
Edwin F. Landers, Esquire
B.B.O. 559360
Scott Bell, Esquire
B.B.O. 628944
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02110
(617) 439-7500


OneBeacon Insurance Group LLC
By its attorneys,

*J. Kenneth Griffin (DaZ)*
J. Kenneth Griffin, Esquire
B.B.O. 211560
GRIFFIN & GOULKA
477 Main Street
Stoneham, MA 02180
(781) 279-9858