UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR 17 P 3: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MCCT, Inc.,<br>   Plaintiff<br><br>v.<br><br>B.F. Cassin Insurance Agency, Inc.<br>B. Bradley Cassin and Daniel Cassin,<br>Individually, B. Bradley Cassin and Daniel<br>Cassin, d/b/a Cassin Insurance & Financial<br>Services and OneBeacon Insurance<br>Group LLC<br>   Defendants | Civil Action<br>No. 04-cv-12115-PBS |

## ASSENTED TO MOTION TO AMEND THE COMPLAINT

NOW COMES the plaintiff, MCCT, Inc. (hereinafter "MCCT") and moves this court for an order permitting MCCT to amend the complaint filed herein. In support of this motion, MCCT states the following:

1. The complaint herein was filed on October 6, 2004.

2. Answers were filed by all parties except for defendant Daniel Cassin, individually or in any of his alleged capacities. As a result defendant Daniel Cassin has been defaulted by order of this court dated January 24, 2005.

3. MCCT, through the cooperation of opposing counsel, has learned that the named defendants B. Bradley Cassin, individually and d/b/a Cassin Insurance & Financial Services, Daniel Cassin d/b/a Cassin Insurance & Financial Services, and Cassin Insurance & Financial Services are not proper parties and should be removed as named defendants. Moreover, Cassin Insurance & Financial Services is simply a trade name of

defendant B. F. Cassin Insurance Agency, Inc. and not a separate entity. In addition, MCCT has learned that the named defendant OneBeacon Insurance Group, LLC is not a proper party and the actual insurance company which issued the policy is OneBeacon America Insurance Company f/k/a Commercial Union Insurance Company.

4.  Counsel for OneBeacon Insurance Group, LLC has agreed to permit the dismissal of his client and will accept service for OneBeacon Insurance Company f/k/a Commercial Union Insurance Company.

5.  Counsel for all parties have agreed to the dismissal of B. Bradley Cassin, individually and d/b/a Cassin Insurance & Financial Services, Daniel Cassin d/b/a Cassin Insurance & Financial Services, Cassin Insurance & Financial Services and OneBeacon Insurance Group, LLC.

6.  A copy of the proposed Amended Complaint is attached hereto.

7.  All counsel assent to this motion.

WHEREFORE, MCCT prays this Court:

   A.  Dismiss, without prejudice, from the suit B. Bradley Cassin, Individually and d/b/a Cassin Insurance & Financial Services, Daniel Cassin d/b/a Cassin Insurance & Financial Services, Cassin Insurance & Financial Services and OneBeacon Insurance Group, LLC.

   B.  Allow the plaintiff MCCT to amend the complaint it filed herein as set forth in the attached Amended Complaint.

   C.  Grant such other relief as may be proper.

Respectfully submitted,
MCCT, Inc
By its attorney,


_____
Daniel A. Laufer, Esquire
B.B.O. 557633
21 Harbor View Avenue
Bristol, RI 02809
(401) 254-9659




B. F. Cassin Insurance Agency, Inc.
And B. Bradley Cassin
By their attorneys,


_____
Edwin F. Landers, Esquire
B.B.O. 559360
Scott Bell, Esquire
B.B.O. 628944
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02110
(617) 439-7500




OneBeacon Insurance Group LLC
By its attorneys,


_____
J. Kenneth Griffin, Esquire
B.B.O. 211560
GRIFFIN & GOULKA
477 Main Street
Stoneham, MA 02180
(781) 279-9858

3