UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MCCT, Inc.
        Plaintiff,                   CIVIL ACTION
                                         NO.   04-12115-PBS

   v.

B.F. Cassin Ins. Agency, Inc., et al
        Defendants.

### NOTICE OF RESCHEDULED SCHEDULING CONFERENCE

SARIS, U.S.D.J.                                                                  March 25, 2005

     The Scheduling Conference  previously scheduled for April 7, 2005, has been **rescheduled** to **April 13, 2005, at 2:30 p.m.**

                                                                 By the Court,

                                                                _./s/ Robert C. Alba_
                                                                Deputy Clerk

Copies to:  All Counsel

resched.ntc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MCCT, Inc.
        Plaintiff,                CIVIL ACTION
                                          NO.   04-12115-PBS
    v.

B.F. Cassin Ins. Agency, Inc., et al
        Defendants.

## NOTICE OF RESCHEDULED SCHEDULING CONFERENCE

SARIS, U.S.D.J.                                                                                 March 25, 2005

      The Scheduling Conference  previously scheduled for April 7, 2005, has been **rescheduled** to **April 13, 2005, at 2:30 p.m.**

                                                                       By the Court,

                                                                       _./s/ Robert C. Alba_
                                                                       Deputy Clerk

Copies to:  All Counsel

resched.ntc