UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MCCT, Inc.,<br>    Plaintiff,<br><br>v.<br><br>B.F. CASSIN INSURANCE AGENCY, INC., DANIEL CASSIN, Individually and ONEBEACON AMERICA INSURANCE COMPANY f/k/a COMMERCIAL UNION INSURANCE COMPANY,<br>    Defendants. | CASE NO. 04-cv-12115-PBS |

## CERTIFICATION OF CONFERENCE BY
## ONEBEACON AMERICA INSURANCE COMPANY AND ITS COUNSEL

Defendant, OneBeacon America Insurance Company and its counsel hereby certify as follows:

1. OneBeacon America Insurance Company and its counsel have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation.

2. OneBeacon America Insurance Company and its counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

OneBeacon America Insurance Company

*Joan K Geddes*
Joan Geddes
Assistant General Counsel

GRIFFIN & GOULKA LLC
(781) 279-9858

- 1 -

K:\204073\Pre-conference Certifications.wpd

by its attorneys,
GRIFFIN & GOULKA LLC

*/s/ J. Kenneth Griffin*
J. Kenneth Griffin
477 Main Street
Stoneham, MA 02180
(781) 279-9858
BBO # 211560

## CERTIFICATE OF SERVICE

I, J. Kenneth Griffin, hereby certify that a true copy of this document was served upon the attorney of record for each party by first-class mail, postage prepaid, on April 4, 2005, as follows:

Daniel A. Laufer, Esquire
21 Harbor View Avenue
Bristol, Rhode Island 02809

Edgar D. McKean, Esquire
P.O. Box 7386
Gilford, New Hampshire 03247-7386

Edwin F. Landers, Jr., Esquire
Scott A. Bell, Esquire
MORRISON MAHONEY LLP
250 Summer Street
Boston, Massachusetts 02210

I, J. Kenneth Griffin, hereby certify that a true copy of this document was served upon Daniel Cassin by first-class mail, postage prepaid, on April 4, 2005, as follows:

Daniel Cassin
998 Farmington Avenue, Suite 118-L
West Hartford, Connecticut 06107

Daniel J. Cassin
30 O'Connell Road, Ext.
East Haddam, Connecticut 06423

*/s/ J. Kenneth Griffin*