UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MCCT, INC.,<br>    Plaintiff<br><br>v.<br><br>B.F. CASSIN INSURANCE AGENCY,<br>INC., DANIEL CASSIN,<br>INDIVIDUALLY, and ONEBEACON<br>AMERICA INSURANCE COMPANY<br>f/k/a COMMERCIAL UNION<br>INSURANCE COMPANY,<br>    Defendants | DOCKET NO: 04CV12115PBS |

**CERTIFICATION PURSUANT TO LR 16.1(D)(3)**
**OF DEFENDANT B.F. CASSIN INSURANCE AGENCY, INC.**

Defendant B.F. Cassin Insurance Agency, Inc., and its counsel, Morrison Mahoney LLP, hereby certify and affirm that they have conferred:

(a)   with a view to establishing a budget for the costs of conducting the full course - and alternative courses - of the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

B.F. CASSIN INSURANCE AGENCY,
INC.,

By: _/s/_____
Name: S Bradley Cassin
Title: V President

4-4-05

MORRISON MAHONEY LLP,

Edwin F. Landers, Jr. (LMS)
_/s/_____
Edwin F. Landers, Jr., BBO#559360
Scott A. Bell, BBO#628944
250 Summer Street
Boston, MA  02210
(617) 439-7500

961350v1