UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MCCT, INC.,<br>    Plaintiff<br><br>v.<br><br>B.F. CASSIN INSURANCE AGENCY, INC., DANIEL CASSIN, INDIVIDUALLY, and ONEBEACON AMERICA INSURANCE COMPANY f/k/a COMMERCIAL UNION INSURANCE COMPANY,<br>    Defendants | DOCKET NO: 04CV12115PBS |

**CERTIFICATION PURSUANT TO LR 16.1(D)(3)
OF DEFENDANT B.F. CASSIN INSURANCE AGENCY, INC.**

Defendant B.F. Cassin Insurance Agency, Inc., and its counsel, Morrison Mahoney LLP, hereby certify and affirm that they have conferred:

    (a)    with a view to establishing a budget for the costs of conducting the full course - and alternative courses - of the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

B.F. CASSIN INSURANCE AGENCY, INC.,

By: /s/ *[signature]*
Name: S. Bradley Cassin
Title: V President

4-4-05

MORRISON MAHOENY LLP,

*[signatures]* Edwin F. Landers, Jr. (SAB)

Edwin F. Landers, Jr., BBO#559360
Scott A. Bell, BBO#628944
250 Summer Street
Boston, MA 02210
(617) 439-7500

961350v1