UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MCCT, Inc.,<br>   Plaintiff<br><br>v.<br><br>B.F. Cassin Insurance Agency, Inc.,<br>Daniel Cassin, Individually and<br>OneBeacon America Insurance Company<br>f/k/a Commercial Union Insurance<br>Company,<br>   Defendants | Docket No. No. 04-cv-12115-PBS |

## RULE 26 (f) REPORT OF THE PARTIES

NOW COME all of the parties hereto and submit the following report in accordance with Rule 26 (f) of the Federal Rules of Civil Procedure and Local Rule 16.1 (D) of this court.

I. DISCOVERY PLAN

The parties have agreed upon the following deadlines for discovery and motions:

1. Mandatory disclosures shall be exchanged on April 26, 2005.

2. Formal fact discovery shall begin on May 1, 2005 and conclude on February 1, 2006.

3. Summary judgment motions shall be filed by April 3, 2006 and response thereto shall be filed in accordance with applicable rules of court. In the event that any party desires to use expert opinion in its summary judgment motion, such party shall make its expert disclosure thirty (30) days prior to the filing of its summary judgment motion.

961821v1

    4.      In the event that the case is not disposed of by summary judgment, the plaintiff shall disclose its expert report(s) thirty (30) days after the date that the summary judgment motions are decided by the court. Defendants shall disclose their expert report(s) thirty (30) days after the disclosure of plaintiff's expert(s). All discovery of experts shall conclude thirty (30) days after disclosure of the defendants' expert(s).

    5.      The court shall determine the date for filing of a final pretrial report by the parties regarding witnesses, exhibits and trial scheduling and procedure at the close of all discovery.

## II.   ALTERNATIVE DISPUTE RESOLUTION

The parties agree to confer after the mandatory disclosures and prior to June 15, 2005 with respect to the issue of submitting the matter to a form of alternative dispute resolution and will submit a report to the court no later than June 15, 2005 with respect to that issue.

## III.   TRIAL BY MAGISTRATE JUDGE

The parties do not agree to trial by magistrate judge.

## IV.   MISCELLANEOUS MATTERS

    1.      The plaintiff has presented a formal demand of settlement to the parties in a timely manner.

    2.      Each party, with exception of Daniel J. Cassin who is appearing pro se, will separately submit the certification required by Local Rule 16.1 (D) (3) regarding the discussion of the cost of litigation and possible use of alternative dispute resolution.

3. This document shall be executed and submitted by each party.

DATED: APRIL 7, 2005

Respectfully submitted,
MCCT, Inc
By its attorney,


_____
Daniel A. Laufer, Esquire (SAB)
B.B.O. 557633
21 Harbor View Avenue
Bristol, RI 02809
(401) 254-9659



B. F. Cassin Insurance Agency, Inc.
By its attorneys,

_____
Edwin F. Landers, Jr. Esquire
B.B.O. 559360
Scott Bell, Esquire
B.B.O. 628944
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02110
(617) 439-7500

961821v1                                    3

OneBeacon America Insurance Company
By its attorneys,


J. Kenneth Griffin (SAB)
J. Kenneth Griffin, Esquire
B.B.O. 211560
GRIFFIN & GOULKA
477 Main Street
Stoneham, MA 02180
(781) 279-9858



Daniel J. Cassin, Pro Se


_____
Daniel J. Cassin
998 Farmington Ave., Suite 118
West Hartford, CT 06107
(860) 236-0925