UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * *
MCCT, Inc.                          *
       Plaintiff                    *
                                    *
v.                                  *
                                    *
B. F. Cassin Insurance Agency, Inc.,*      Case No. 04-cv-12115-PBS
Daniel Cassin, Individually and     *
OneBeacon America Insurance         *
Company f/k/a Commercial Union      *
Insurance Company,                  *
       Defendants,                  *
* * * * * * * * * * * * * * * * * * *
```



FILED
In Open Court
USDC, Mass.
Date 4-13-05
By _____

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

NOW COMES the plaintiff, MCCT, Inc. (hereinafter "MCCT") and moves this court for an order permitting Steven M. Latici, Esquire to appear and represent MCCT in this action. In support of this motion, MCCT states the following:

1. As set forth in the attached Affidavit, Mr. Latici (1) is a member in good standing of the bars of the State of New Hampshire, the United States District Court for the District of New Hampshire and the First Circuit Court of Appeals; (2) is not the subject of any disciplinary proceeding in any jurisdiction; and (3) is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2. The undersigned counsel is a member in good standing of this court and the bar of the Commonwealth of Massachusetts and will be co-counsel to Mr. Latici.

WHEREFORE, MCCT prays this Court:

A. Allow Mr. Latici to appear herein as co-counsel with the undersigned attorney on behalf of MCCT; and,

1

B. Award such other and further relief as may be just.

Respectfully submitted,

MCCT, Inc.
By its Attorney,

Dated: 4/13/05

By: *Daniel A. Laufer*
Daniel A. Laufer, Esquire
BBO 557633
21 Harbor View Avenue
Bristol, RI 02809
(603) 524-4747

## CERTIFICATION

I, Daniel A. Laufer, Esquire, hereby certify that a true copy of this document was served upon the attorney of record for each party by first-class mail, postage prepaid, on April 11, 2005, as follows:

Edwin F. Landers, Jr., Esquire
Scott A. Bell, Esquire
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02210

J. Kenneth Griffin, Esquire
Griffin & Goulka, LLC
477 Main Street
Stoneham, MA 02180

I, Daniel A. Laufer, Esquire, hereby certify that a true copy of this document was served upon Elwin Macomber by first class mail, postage prepaid, on April 11, 2005, as follows:

Daniel Cassin
998 Farmington Avenue, Suite 118
West Hartford, CT 06107

*Daniel A. Laufer*
Daniel A. Laufer, Esquire