UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
MCCT, Inc.                              \*
    Plaintiff                         \*
                                      \*
v.                                      \*
                                      \*
B. F. Cassin Insurance Agency, Inc.,    \*    Case No. 04-cv-12115-PBS
Daniel Cassin, Individually and         \*
OneBeacon America Insurance             \*
Company f/k/a Commercial Union          \*
Insurance Company,                      \*
    Defendants,                       \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

In Open Court
USDC, Mass
Date 4 13-05

## CERTIFICATION OF CONFERENCE BY
## MCCT, INC. AND ITS COUNSEL

Plaintiff, MCCT, Inc., and its counsel hereby certify as follows:

1. MCCT, Inc. and its counsel have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation.

2. MCCT, Inc. and its counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

MCCT, Inc.

Dated: 4-7-05

By: _____
    Elwin Macomber

By its Attorneys,
McKean, Mattson & Latici, PA

Dated: 4-7-05

By: _____
    Edgar D. McKean, III, Esquire
    PO Box 7386
    Gilford, NH 03247-7386
    (603) 524-4747

## **CERTIFICATION**

I, Edgar D. McKean, III, Esquire, hereby certify that a true copy of this document was served upon the attorney of record for each party by first-class mail, postage prepaid, on April 7, 2005, as follows:

Edwin F. Landers, Jr., Esquire
Scott A. Bell, Esquire
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02210

J. Kenneth Griffin, Esquire
Griffin & Goulka, LLC
477 Main Street
Stoneham, MA 02180

I, Edgar D. McKean, III, Esquire, hereby certify that a true copy of this document was served upon Elwin Macomber by first class mail, postage prepaid, on April 7, 2005, as follows:

Daniel Cassin
998 Farmington Avenue, Suite 118
West Hartford, CT 06107

_____
Edgar D. McKean, III, Esquire