UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MCCT, Inc.
Plaintiff,

        V.                                        Civil Action Number
                                                  04-12115-PBS

BF Cassin Insurance Agency, Inc., et al
Defendants.                                  April 13 2005

## SCHEDULING ORDER

Saris, D.J.,

Parties to notify Court re: consent to trial by Magistrate Judge: 4/27/05

Fact Discovery deadline: 2/1/06

Summary Judgment Motion filing deadline: 3/1/06

Opposition to Summary Judgment Motions: 3/16/06

Hearing on Summary Judgment or Pretrial Conference: 4/11/06 at 2:00 p.m.

Case to be referred to Mediation program: Summer, 2005

                                                                  By the Court,

                                                                  /s/ Robert C. Alba
                                                                  Deputy Clerk