UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| MCCT, Inc.     Plaintiff | * * * |
| v. | * * |
| B. F. Cassin Insurance Agency, Inc., Daniel Cassin, Individually and OneBeacon America Insurance Company f/k/a Commercial Union Insurance Company,     Defendants, | * * * * * * |

Case No. 04-cv-12115-PBS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

NOW COMES the plaintiff, MCCT, Inc. (hereinafter "MCCT") and moves this court for an order permitting Steven M. Latici, Esquire to appear and represent MCCT in this action. In support of this motion, MCCT states the following:

1. As set forth in the attached Affidavit, Mr. Latici (1) is a member in good standing of the bars of the State of New Hampshire, the United States District Court for the District of New Hampshire and the First Circuit Court of Appeals; (2) is not the subject of any disciplinary proceeding in any jurisdiction; and (3) is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2. The undersigned counsel is a member in good standing of this court and the bar of the Commonwealth of Massachusetts and will be co-counsel to Mr. Latici.

WHEREFORE, MCCT prays this Court:

A. Allow Mr. Latici to appear herein as co-counsel with the undersigned attorney on behalf of MCCT; and,

1

B. Award such other and further relief as may be just.

> Respectfully submitted,
>
> MCCT, Inc.
> By its Attorney,

Dated: 6-7-05

By: *Daniel A. Laufer*
Daniel A. Laufer, Esquire
BBO 557633
21 Harbor View Avenue
Bristol, RI 02809
(603) 524-4747

## CERTIFICATION

I, Daniel A. Laufer, Esquire, hereby certify that a true copy of this document was served upon the attorney of record for each party by first-class mail, postage prepaid, on June 7, 2005, as follows:

Edwin F. Landers, Jr., Esquire
Scott A. Bell, Esquire
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02210

J. Kenneth Griffin, Esquire
Griffin & Goulka, LLC
477 Main Street
Stoneham, MA 02180

Daniel Cassin
998 Farmington Avenue, Suite 118
West Hartford, CT 06107

*Daniel A. Laufer*
Daniel A. Laufer, Esquire

**Daniel A. Laufer, Esq.**
21 Harbor View Avenue
Bristol, Rhode Island 02809
www.daniellaufer.com
Tel. (401) 254-9659/ Fax: (401) 254-2559
E-Mail: dl@daniellaufer.com

June 7, 2005

Civil Clerk's Office
United States District Court
For the District of Massachusetts
United States Courthouse
One Courthouse Way
Boston, MA 02110

RE: <u>MCCT, Inc. v. B.F. Cassin Insurance Agency, Inc. et al.</u>,
Docket No. 04-12115 PBS

Dear Clerk:

Enclosed for filing, please find the plaintiff's Motion for Admission Pro Hac Vice for Steven M. Latici, Esquire together with Mr. Latici's Affidavit and a check in the amount of $50.00. These documents must be filed by paper so that Mr. Latici can be admitted and use the electronic filing system.

Thank you for your assistance.

Sincerely yours,



---

**28256**

**McKEAN, MATTSON AND LATICI, P.A.**
P. O. BOX 7386, VILLAGE WEST-GILFORD
GILFORD, NH 03247-7386

54-183/117

DATE JUNE 2, 2005

PAY TO THE ORDER OF  UNITED STATES DISTRICT COURTS - MA      $ **50.00**

THE SUM 50 DOLLARS 00 CTS                              DOLLARS

**Village Bank & Trust**
GILFORD, NEW HAMPSHIRE 03249

⑊028256⑊ ⑉011701835⑊ ⑊0300 0362⑊