UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * *
MCCT, Inc.                      *
        Plaintiff               *
                                *
    v.                          *
                                *
B. F. Cassin Insurance Agency, Inc.,   *      Case No. 04-cv-12115-PBS
Daniel Cassin, Individually and        *
OneBeacon America Insurance            *
Company f/k/a Commercial Union         *
Insurance Company,                     *
        Defendants,             *
* * * * * * * * * * * * * * * * * * * *
```

## AFFIDAVIT OF STEVEN M. LATICI, ESQUIRE

Steven M. Latici, Esquire, being first duly sworn, upon oath, deposes and states as follows:

1. I am an attorney licensed to practice law in the State of New Hampshire. I am a member in good standing of the bars of the State of New Hampshire, the United States District Court for the District of New Hampshire, and the First Circuit Court of Appeals.

2. There are no disciplinary proceedings pending against me in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of New Hampshire.

4. Daniel A. Laufer, Esquire, a member in good standing of the bars of Massachusetts and the United States District Court for the District of Massachusetts is and will be co-counsel with me in the representation of the plaintiff, MCCT, Inc. herein.

Further deponent sayeth not.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

Dated: _June 2, 2005_                      _____
                                           Steven M. Latici