# GRIFFIN & GOULKA LLC

ATTORNEYS AT LAW
477 MAIN STREET
STONEHAM, MASSACHUSETTS 02180-2602
TELEPHONE (781) 279-9858

Facsimile (781) 279-9870
Website: www.griffinandgoulka.com

Direct Dial - (781) 279-3067
Email - kgriffin@griffinandgoulka.com

June 16, 2005

Courtroom Clerk Thomas Quinn
United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

    Re:    *MCCT, Inc.*
           *vs.*
           *B.F. Cassin Insurance Agency, Inc., et al*
           *Civil Action No. 04-cv-12115-PBS*

Dear Clerk Quinn:

    This is a follow-up to our June 15, 2005 telephone conversation regarding the Notice of and Order Regarding Mediation. Counsel for the parties have conferred and agree that this case is not currently "ripe for mediation at this time." All counsel request that the mediation conference currently scheduled with Magistrate Judge Judith Gail Dein in Courtroom #15 at 10:00 a.m. on Tuesday, June 28, 2005 be cancelled.

    In fact, at this time the parties have not determined if the parties will agree to submit this matter to any form of alternative dispute resolution.

    Thank you for your assistance.

                        Very truly yours,

                        J. Kenneth Griffin
                        Counsel for defendant
                        OneBeacon America Insurance
                        Company
                        BBO# 211560

cc:    Daniel A. Laufer, Esquire

K:\204073\ClerkQuinn01.pdf

Courtroom Clerk Thomas Quinn
June 16, 2005
Page 2

**GRIFFIN & GOULKA LLC**
(781) 279-9858

cc:   (continued)
      Edgar D. McKean, Esquire
      Steven M. Latici, Esquire
      Edwin F. Landers, Jr., Esquire
      Scott A. Bell, Esquire
      Daniel J. Cassin (Pro Se)