UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MCCT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 04-12115-PBS |
| | ) | |
| B.F. CASSIN INSURANCE | ) | |
| AGENCY, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE SARIS

The above case was scheduled for mediation on June 28, 2005. The parties have informed the court that the case is currently not ripe for mediation, and the mediation has been cancelled. Therefore, this case should be restored to your trial list.

     / s / Judith Gail Dein
Judith Gail Dein, U.S. Magistrate Judge
DATED: June 27, 2005     ADR Provider