UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MCCT, Inc.,<br>      Plaintiff<br><br>v.<br><br>B.F. Cassin Insurance Agency, Inc.,<br>Daniel Cassin, Individually and<br>OneBeacon America Insurance Company<br>f/k/a Commercial Union Insurance<br>Company,<br>      Defendants | Docket No. No. 04-cv-12115-PBS |

**NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE,
AS TO ALL CLAIMS AGAINST DANIEL CASSIN**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), MCCT, Inc., hereby voluntarily dismisses any and all claims against Daniel Cassin, with prejudice. This notice of voluntary dismissal is appropriate as Daniel Cassin has been defaulted for failure to serve an answer.

Respectfully submitted,

Plaintiff,
MCCT, Inc.,
By its attorney,

*/s/ Daniel A. Laufer*
Daniel A. Laufer, Esquire
B.B.O. 557633
21 Harbor View Avenue
Bristol, RI 02809
(401) 254-9659

965182v1