UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MCCT, Inc., <br>       Plaintiff <br><br> v. <br><br> B.F. Cassin Insurance Agency, Inc., <br> Daniel Cassin, Individually and <br> OneBeacon America Insurance Company <br> f/k/a Commercial Union Insurance <br> Company, <br>       Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Docket No. No. 04-cv-12115-PBS |

**STIPULATION OF DISMISSAL, WITH PREJUDICE AND WITHOUT COSTS,
AS TO ALL CLAIMS AGAINST B.F. CASSIN INSURANCE AGENCY, INC., AND
ONEBEACON AMERICA INSURANCE COMPANY
f/k/a COMMERCIAL UNION INSURANCE COMPANY**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), MCCT, Inc., B.F. Cassin Insurance Agency, Inc., and OneBeacon America Insurance Company f/k/a Commercial Union Insurance Company, hereby stipulate that this case, including any and all claims, including counterclaims and cross-claims, be dismissed with prejudice, each party waiving any right of appeal, and each party to bear its own fees and costs.

As defendant Daniel Cassin has been defaulted for failure to serve an answer, MCCT, Inc., will be filing separately and pursuant to Fed. R. Civ. P. 41(a)(1)(i), a notice of voluntary dismissal of its claims against Daniel Cassin.

965125v1

Respectfully submitted,

Plaintiff,                                    Defendant,
MCCT, Inc.,                                   B. F. Cassin Insurance Agency, Inc.
By its attorney,                              By its attorneys,

*Daniel A. Laufer (JKG)*                      *Scott Bell (JKG)*

Daniel A. Laufer, Esquire                     Edwin F. Landers, Jr. Esquire
B.B.O. 557633                                 B.B.O. 559360
21 Harbor View Avenue                         Scott Bell, Esquire
Bristol, RI 02809                             B.B.O. 628944
(401) 254-9659                                MORRISON MAHONEY LLP
                                              250 Summer Street
                                              Boston, MA 02110
                                              (617) 439-7500


Defendant,
OneBeacon America Insurance Company
f/k/a Commercial Union Insurance Company,
By its attorneys,

*J. Kenneth Griffin*

J. Kenneth Griffin, Esquire
B.B.O. 211560
GRIFFIN & GOULKA
477 Main Street
Stoneham, MA  02180
(781) 279-9858

965125v1

**CERTIFICATE OF SERVICE**

I, J. Kenneth Griffin, hereby certify that a true copy of the Stipulation of Dismissal, with Prejudice and Without Costs, as to All Claims Against B.F. Cassin Insurance Agency, Inc., and OneBeacon America Insurance Company f/k/a Commercial Union Insurance Company was served upon the attorney of record for each party by first-class mail, postage prepaid, on November 15, 2005, as follows:

Daniel A. Laufer, Esquire
21 Harbor View Avenue
Bristol, Rhode Island 02809

Edgar D. McKean, Esquire
P.O. Box 7386
Gilford, New Hampshire 03247-7386

Edwin F. Landers, Jr., Esquire
Scott A. Bell, Esquire
MORRISON MAHONEY LLP
250 Summer Street
Boston, Massachusetts 02210

Signed under the pains and penalties of perjury this 15th day of November, 2005.

J. Kenneth Griffin